UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICO TRINKHAUS,

                Plaintiff,

-against-

FIRST STEP TRADEMARKS, LLC,

                Defendants.

22-CV-826 (JGLC)

**NOTICE OF REASSIGNMENT**

JESSICA G. L. CLARKE, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect, notwithstanding the case's reassignment. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke.**

Dated: July 7, 2023
       New York, New York

                              SO ORDERED.

                              */s/ Jessica Clarke*

                              JESSICA G. L. CLARKE
                              United States District Judge